United States District Court
Southern District of Texas

**ENTERED**

April 09, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Juana Carolina Pérez Gil | | |
| | Petitioner, | Case No. 4:26-cv-00747 |
| v. | | |
| | | **MOTION TO WITHDRAW HABEAS PETITION AS MOOT** |
| BRET BRADFORD, et al., | | |
| | Respondents. | |

Before the Court is Petitioner's combined motion to supplement habeas petition and supplemental petition filed pursuant to Rule 15(d) of the Federal Rules of Civil Procedure.

Having considered the motion, the record, and the applicable law, the Court finds that the motion is well taken and should be Granted.

Accordingly, IT IS HEREBY ORDERED that:

1.    Petitioner's Motion to Withdraw Habeas Petition as Moot is Granted;

2.    Petitioner's Motion to Withdraw Habeas Petition as Moot is deemed filed and accepted as part of the record;

**IT IS SO ORDERED.**
Date: ___4\8\26___

_____
UNITED STATES DISTRICT JUDGE

7